UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLO-TECH MECHANICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROGRESSIVE BUSINESS FUNDING, INC. d/b/a SHAMROCK BUSINESS CAPITAL, <br><br> Defendant. | Case No. 1:20-cv-05087 <br><br> Honorable Charles R. Norgle, Sr. |

### DEFAULT JUDGMENT ORDER

1. Judgment by default is entered in favor of Plaintiff, FLO-TECH MECHANICAL SYSTEMS, and against Defendant, PROGRESSIVE BUSINESS FUNDING, INC. d/b/a SHAMROCK BUSINESS CAPITAL as follows:

   a. Statutory Damages             $ 1,500.00

   b. Attorney fees                 $ 3,275.00

   c. Costs                         $ 578.25

2. Allowing judgement interest to be added per diem.

Dated: 10/19, 2020

Entered: /s/ Charles Norgle